UNITED STATES of America,
Plaintiff—Appellee,

v.

Juan Carlos Chavez GOMEZ,
Defendant—Appellant.

No. 09–50246.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Sept. 29, 2011.

Curtis Arthur Kin, Esquire, Assistant
U.S., Michael J. Raphael, Esquire, Assis-
tant U.S., Office of the U.S. Attorney, Los
Angeles, CA, for Plaintiff–Appellee.

Kurt J. Mayer, Assistant Federal Public
Defender, Office of the Federal Public De-
fender, Los Angeles, CA, for Defendant–
Appellant.

---

* The panel unanimously concludes this case is
 suitable for decision without oral argument.
 *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
 cation and is not precedent except as provid-
 ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is
 suitable for decision without oral argument.
 *See* Fed. R.App. P. 34(a)(2).

Before: HAWKINS, SILVERMAN and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Juan Carlos Chavez Gomez appeals the sentence imposed following his guilty plea to being an illegal alien found in the United States in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Gomez contends that the district court erred by determining that his prior conviction for assault with a firearm, in violation of California Penal Code § 245(a)(2), constituted a crime of violence under U.S.S.G. § 2L1.2, because section 245(a)(2) does not contain the requisite intent or use of force. Gomez concedes, however, that this contention is foreclosed. *See United States v. Grajeda,* 581 F.3d 1186, 1191–97 (9th Cir. 2009); *see also United States v. Heron–Salinas,* 566 F.3d 898, 899 (9th Cir.2009).

As Gomez further concedes, his contentions concerning *Almendarez–Torres* are also foreclosed. *See Grajeda,* 581 F.3d at 1197 (holding that *Almendarez–Torres* is binding unless it is expressly overruled by the Supreme Court).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).